IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RYLINDA RHODES | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-cv-1824 |
| | ) |
| COMCAST COMMUNICATIONS MANAGEMENT, LLC, | ) |
| Defendant. | ) |

## VERDICT SHEET

### Count 1 and Count 8  (Hostile Work Environment)

On Rylinda Rhodes claim of a sexually hostile work environment in violation of Title VII and the Maryland Fair Employment Practices Act (MFEPA), did Plaintiff Rylinda Rhodes prove:

    A. that Ms. Rhodes was subjected to unwelcome harassment, ridicule, or other abusive conduct;

    __✓__ YES          ___ NO

If you answer no, please stop, sign and date the verdict sheet and return to the Court. If you answer yes, please proceed to "B." below.

    B. that the abusive conduct was motivated, at least in part, by her sex;

    __✓__ YES          ___ NO

If you answer no, please stop, sign and date the verdict sheet and return to the Court. If you answer yes, please proceed to "C." below.

1

C. that the abusive conduct was so severe or pervasive that both she and a reasonable person in her position would find her work environment so hostile or offensive that it would interfere with ~~her~~ their work performance; and

\_\_\_\_\_ YES           √ NO

If you answer no, please stop, sign and date the verdict sheet and return to the Court. If you answer yes, please proceed to "D." below.

D. that Comcast's management employees knew, or should have known, of the abusive conduct, but failed to take remedial action reasonably calculated to end the harassment.

\_\_\_\_\_ YES           \_\_\_\_\_ NO

If you answer no, please stop, sign and date the verdict sheet and return to the Court.

If you answered YES for all four (4) of the above elements above (A-D), you have found in favor of Plaintiff Rylinda Rhodes on Counts 1 and 8 (Hostile Work Environment).

**Damages.**

If you found for the Plaintiff on her Hostile Work Environment Claim what is the amount of compensatory/emotional damages that you award to her, if any?

$_____.

DATE: _January 16, 2019_

Signature of Foreperson: **SIGNATURE REDACTED**

2